FILED
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD LUEVANOS, | No. CV 07-7143-PA (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GAIL LEWIS, et al., | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: April 12, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE